**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**March 20, 2007**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 06-60353
Summary Calendar

———————————

AMIN MOHAMED NAJARALI MAREDIYA,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A95 215 263
--------------------

Before JONES, Chief Judge, and KING and DAVIS, Circuit Judges.

PER CURIAM:*

        Amin Mohamed Najarali Marediya, a native and citizen of
India, petitions this court to review the decision of the Board of
Immigration Appeals (BIA) affirming the Immigration Judge's (IJ)
decision denying his application for withholding of removal and
relief under the Convention Against Torture (CAT).   Marediya
argues that he was entitled to withholding of removal and relief
under the CAT because he has been persecuted by Hindus in India on
account of his Islamic faith.

———————————

        *Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The record supports the BIA's conclusion that Marediya failed to establish that it was more likely than not that he would be persecuted due to his religious affiliation if he returned to India. See Mikhael v INS, 115 F.3d 299, 303-04 (5th Cir. 1997). The BIA's decision affirming the denial of withholding of removal and relief under the CAT is supported by substantial evidence, and the record does not compel a contrary conclusion. See Roy v. Ashcroft, 389 F.3d 132, 138-39 (5th Cir. 2004).

The petition for review is DENIED.